UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALAN W. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CV-198-WHR-SLO |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER

The court grants the parties' Stipulation to Award EAJA Fees, and awards to Plaintiff under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, $6,500.00 for attorney fees and expenses, and $550.00 for costs. This award will satisfy all of Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

The Supreme Court held in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), that an EAJA award is payable to the litigant. In light of this decision, the EAJA award belongs to Plaintiff. After the Court has awarded Plaintiff EAJA fees, Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment between Plaintiff and his attorney.

_____
Honorable Walter H. Rice
United States District Judge